THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL L. GEISELMAN, Appellant.

Submitted April 12, 1948; decided April 23, 1948.

No one opposed.

Motion denied on the ground that no appeal lies to this court from the order of the Appellate Division or from the order of the County Court of Nassau County. Appeal dismissed.